# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICKEY JAMES GRANDY,

        Plaintiff,

-vs-                            Case No. 14-CV-0287

N. KAMPHUIS and C. HARTMAN,

        Defendants.

## DECISION AND ORDER

On March 17, 2014, plaintiff Rickey James Grandy filed a *pro se* complaint under 42 U.S.C. § 1983. He subsequently filed a motion for leave to proceed *in forma pauperis*, but he did not include a certified copy of his prison trust account statement for the six months prior to filing his complaint, which is necessary for the Court to calculate the plaintiff's initial partial filing fee. *See* 28 U.S.C. § 1915A.

**IT IS THEREFORE ORDERED** that plaintiff shall file a certified copy of his prison trust account statement for the six months prior to the filing of his complaint on or before **Wednesday, May 21, 2014**. Failure to submit the trust account statement will result in the denial of plaintiff's motion for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the warden of the institution where the inmate is confined.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2014.

SO ORDERED,

_____
HON. RUDOLPH T. RANDA
U. S. District Judge